UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Anson Craig Bridgers, | ) | BANKRUPTCY NO.  06-02910 |
| | ) | |
| Debtor(s) | ) | |

<u>CERTIFICATE OF EMERGENCY</u>

Pursuant to S.D. Ind. B-1002-1(d)or S.D. Ind. B-5005-1 (d), the undersigned hereby certifies that an emergency exists and that the petition filed concurrently herewith is not being filed for an improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is insufficient time to complete the filing.

The undersigned further certified that the emergency which exists is:

The Debtor(s) are subject to financial harm due to pending foreclosure and receivership against real property.

The undersigned further certifies that the necessity of the emergency filing has not been caused by any lack of due diligence on the part of the undersigned, but has been brought about by circumstances beyond the control of the undersigned or the undersigned's clients.  The undersigned further certifies that this matter is filed with full understanding of Fed. R. Bankr. P. 9011 and the consequences of noncompliance therewith.

Date:   6/6/06  

/S/ COLBY J. LEONARD  
Colby Leonard -Atty No. 23404-64  
Attorney for Debtor