UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF INDIANA  
PO Box 44978  
Indianapolis, IN 46244

SF01007N (rev 10/2004)

In Re:  
   Anson Craig Bridgers  
     SSN: xxx–xx–8875   EIN: NA

Case Number:  
**06–02910–AJM–13**

Debtor(s)

## DEFICIENCY NOTICE FOR BANKRUPTCY PETITION

  You are hereby notified that your Bankruptcy Petition is incomplete. Required items which have not been filed as of this date are noted below.

       Current Monthly Income Stmt–13 due 06/21/2006  
       Debtor's Pay Advices due 06/21/2006

  You are further notified that unless these items are filed by the due date listed above, or an extension of time to file is properly applied for and granted, your Bankruptcy case will be dismissed immediately without further notice at the expiration of the due date or extended time period.

Dated: June 07, 2006

                                JOHN A. O'NEAL, CLERK  
                                U.S. BANKRUPTCY COURT