# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 06-02910 AJM | Trustee: | (340200) REX M. JOSEPH JR. |
| --- | --- | --- | --- |
| Case Name: | BRIDGERS, ANSON CRAIG | Filed (f) or Converted (c): | 10/17/06 (c) |
| | | §341(a) Meeting Date: | 12/08/06 |
| Period Ending: | 09/30/07 | Claims Bar Date: | 06/15/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | R. E. AT 2801 E. VANDALIA RD., SHELBYVILLE | 210,000.00 | 0.00 | | 0.00 | 210,000.00 |
| 2 | R. E. AT 1713 S. RILEY HWY., SHELBYVILLE | 250,000.00 | 91,429.69 | | 0.00 | 250,000.00 |
| 3 | R. E. AT 610-612 BLANCHARD ST., SHELBYVILLE | 475,000.00 | 222,019.95 | | 168,602.66 | FA |
| 4 | R. E. AT 630 S. NOBLE, SHELBYVILLE | 255,000.00 | 197,000.00 | | 193,140.00 | FA |
| 5 | HOUSEHOLD GOODS & FURNISHINGS | 2,500.00 | 2,025.00 | | 0.00 | 2,500.00 |
| 6 | WEARING APPAREL | 500.00 | 500.00 | | 0.00 | 500.00 |
| 7 | WESTERN RESERVE LIFE RETIREMENT ACCT. | Unknown | Unknown | | 0.00 | Unknown |
| 8 | ANSON MANUFACTURING, INC. | Unknown | 72,000.00 | | 71,740.16 | FA |
| 9 | LAWSUIT AGAINST JEFFREY LANTHIER | Unknown | Unknown | | 1,500.00 | Unknown |
| 10 | POTENTIAL LAWSUIT AGAINST FORD MOTOR | Unknown | Unknown | | 0.00 | Unknown |
| 11 | 2000 TOYOTA TUNDRA | 7,525.00 | 0.00 | OA | 0.00 | FA |
| 12 | 1999 ESCORT BOAT TRAILER | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 13 | 1999 MAXUM BOAT WITH MOTOR | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 14 | 1985 CHEVROLET 1-TON | 3,200.00 | 0.00 | OA | 0.00 | FA |
| 15 | 1983 FORD 1-TON | 2,300.00 | 0.00 | OA | 0.00 | FA |
| 16 | 1986 CHEVROLET S-10 | 1,400.00 | 0.00 | OA | 0.00 | FA |
| 17 | 1987 CHEVROLET CARGO VAN | 800.00 | 0.00 | OA | 0.00 | FA |

Printed: 10/10/2007 12:29 PM    V.9.52

Page: 2

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-02910 AJM  
**Case Name:** BRIDGERS, ANSON CRAIG  
**Period Ending:** 09/30/07  

**Trustee:** (340200) REX M. JOSEPH JR.  
**Filed (f) or Converted (c):** 10/17/06 (c)  
**§341(a) Meeting Date:** 12/08/06  
**Claims Bar Date:** 06/15/07  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | 1990 INTERNATIONAL TANDEM/SLEEPER | 14,500.00 | 0.00 | OA | 0.00 | FA |
| 19 | OFFICE EQUIPMENT, FURNISHINGS & SUPPLIES | 4,360.00 | 0.00 | OA | 0.00 | FA |
| 20 | FIVE FORKLIFT TRUCKS | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 21 | MISC. TOOLS & EQUIPMENT | 10,534.50 | 10,534.50 | | 0.00 | 10,534.50 |
| 22 | BUSINESS DEPOSIT ACCOUNT WITH SHELBY CO. BANK  (u) | 2,315.90 | 2,315.90 | | 2,315.90 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 237.33 | Unknown |
| 23 | **Assets** Totals (Excluding unknown values) | **$1,253,935.40** | **$598,825.04** | | **$437,536.05** | **$474,534.50** |

**Major Activities Affecting Case Closing:**

Trustee in process of doing Allowance and Disallowance of Claims.  Petitioner's residence may need to be sold.  Anticipate Shelby County Bank to be only creditor to receive funds.

**Initial Projected Date Of Final Report (TFR):** January 15, 2008  
**Current Projected Date Of Final Report (TFR):** January 15, 2008

Printed: 10/10/2007 12:29 PM    V.9.52

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-02910 AJM | | Trustee: | REX M. JOSEPH JR. (340200) |
|---|---|---|---|---|
| Case Name: | BRIDGERS, ANSON CRAIG | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****79-65 - Money Market Account |
| Taxpayer ID #: | 13-7572029 | | Blanket Bond: | $0.00   (per case limit) |
| Period Ending: | 09/30/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/11/07 | {8} | MATT LIELAND OR ANGEL LIELAND D/B/A LIELAND EXCAVATING | AUCTION PROCEEDS | 1129-000 | 44.00 | | 44.00 |
| 07/11/07 | {8} | WALT PORTER AUTO SALES, INC. | AUCTION PROCEEDS | 1129-000 | 46.75 | | 90.75 |
| 07/11/07 | {8} | SWINFORD'S NOBLE ACRES, INC. | AUCTION PROCEEDS | 1129-000 | 68.75 | | 159.50 |
| 07/11/07 | {8} | SHELBY MATERIALS ADMINISTRATIVE ACCOUNT | AUCTION PROCEEDS | 1129-000 | 88.00 | | 247.50 |
| 07/11/07 | {8} | BAILEY EXPRESS LLC | AUCTION PROCEEDS | 1129-000 | 114.40 | | 361.90 |
| 07/11/07 | {8} | BEYER DAIRLY LLC | AUCTION PROCEEDS | 1129-000 | 154.00 | | 515.90 |
| 07/11/07 | {8} | D. M. ENTERPRISES | AUCTION PROCEEDS | 1129-000 | 269.50 | | 785.40 |
| 07/11/07 | {8} | HERSHBERGER CABINETS | AUCTION PROCEEDS | 1129-000 | 283.80 | | 1,069.20 |
| 07/11/07 | {8} | CUSTOM MACHINING, INC. | AUCTION PROCEEDS | 1129-000 | 302.50 | | 1,371.70 |
| 07/11/07 | {8} | HTS | AUCTION PROCEEDS | 1129-000 | 418.00 | | 1,789.70 |
| 07/11/07 | {8} | SAM K. ZOOK | AUCTION PROCEEDS | 1129-000 | 426.25 | | 2,215.95 |
| 07/11/07 | {8} | OCCASIONS BANQUET HALL AND CATERING | AUCTION PROCEEDS | 1129-000 | 539.00 | | 2,754.95 |
| 07/11/07 | {8} | BUGGY WORKS, INC. | AUCTION PROCEEDS | 1129-000 | 638.00 | | 3,392.95 |
| 07/11/07 | {8} | CHRIST S. KING AND SADIE R. KING | AUCTION PROCEEDS | 1129-000 | 715.00 | | 4,107.95 |
| 07/11/07 | {8} | O'NEAL STEEL, INC. | AUCTION PROCEEDS | 1129-000 | 869.00 | | 4,976.95 |
| 07/11/07 | {8} | REDELMAN BIN SERVICE | AUCTION PROCEEDS | 1129-000 | 883.30 | | 5,860.25 |
| 07/11/07 | {8} | CALVIN STICKFORD | AUCTION PROCEEDS | 1129-000 | 990.00 | | 6,850.25 |
| 07/11/07 | {8} | DECO CORPORATION | AUCTION PROCEEDS | 1129-000 | 1,135.75 | | 7,986.00 |

Subtotals :     $7,986.00     $0.00

{} Asset reference(s)

Case 06-02910-AJM-7A   Doc 162   Filed 10/10/07   EOD 10/10/07 12:40:15   Pg 4 of 7

Page: 2

## Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-02910 AJM |
| Case Name: | BRIDGERS, ANSON CRAIG |
| Taxpayer ID #: | 13-7572029 |
| Period Ending: | 09/30/07 |

| | |
|---|---|
| Trustee: | REX M. JOSEPH JR. (340200) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****79-65 - Money Market Account |
| Blanket Bond: | $0.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/11/07 | {8} | GOOD NEWS MISSION, INC. | AUCTION PROCEEDS | 1129-000 | 1,419.00 | | 9,405.00 |
| 07/11/07 | {9} | YEAGER & BALDWIN | SETTLEMENT OF LITIGATION | 1149-000 | 1,500.00 | | 10,905.00 |
| 07/11/07 | {8} | FRALEY MOTORS | AUCTION PROCEEDS | 1129-000 | 1,899.15 | | 12,804.15 |
| 07/11/07 | {8} | H & H BROTHERS ENTERPRISES, LLC | AUCTION PROCEEDS | 1129-000 | 2,035.00 | | 14,839.15 |
| 07/11/07 | {8} | THE CAR STORE | AUCTION PROCEEDS | 1129-000 | 2,131.80 | | 16,970.95 |
| 07/11/07 | {8} | T J R EQUIPMENT, LLC | AUCTION PROCEEDS | 1129-000 | 2,442.00 | | 19,412.95 |
| 07/11/07 | {8} | FRANKLIN SURPLUS INC. | AUCTION PROCEEDS | 1129-000 | 6,499.90 | | 25,912.85 |
| 07/11/07 | {8} | LARRY LUX | AUCTION PROCEEDS | 1129-000 | 8,000.00 | | 33,912.85 |
| 07/11/07 | {8} | LARRY LUX FOR COMMERCIAL LIQUIDATOR | AUCTION PROCEEDS | 1129-000 | 8,368.36 | | 42,281.21 |
| 07/11/07 | {8} | BELL INDUSTRIES | AUCTION PROCEEDS | 1129-000 | 11,000.00 | | 53,281.21 |
| 07/11/07 | {8} | DELBERT W. FLEENER FOR DORSEY PAVING | AUCTION PROCEEDS | 1129-000 | 19,958.95 | | 73,240.16 |
| 07/16/07 | | To Account #********7966 | TRANSFER FUNDS IN ORDER TO PAY AUCTIONEER'S FEES AND EXPENSES | 9999-000 | | 48,877.63 | 24,362.53 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.55 | | 24,373.08 |
| 08/20/07 | {22} | SHELBY COUNTY BANK | BUSINESS ACCOUNT DEPOSIT WITH SHELBY CO. BANK | 1229-000 | 2,315.90 | | 26,688.98 |
| 08/27/07 | {3} | HALE ABSTRACT COMPANY, INC. | PROCEEDS FROM SALE OF REAL ESTATE AT 610-612 BLANCHARD STREET, SHELBYVILLE, INDIANA | 1110-000 | 168,602.66 | | 195,291.64 |
| 08/27/07 | {4} | HALE ABSTRACT COMPANY, INC. | PROCEEDS FROM SALE OF REAL ESTATE AT 630 S. NOBLE STREET, SHELBYVILLE, INDIANA | 1110-000 | 193,140.00 | | 388,431.64 |
| | | | Subtotals : | | $429,323.27 | $48,877.63 | |

{} Asset reference(s)

Printed: 10/10/2007 12:29 PM     V.9.52

Case 06-02910-AJM-7A   Doc 162   Filed 10/10/07   EOD 10/10/07 12:40:15   Pg 5 of 7

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06-02910 AJM | Trustee: | REX M. JOSEPH JR. (340200) |
|---|---|---|---|
| Case Name: | BRIDGERS, ANSON CRAIG | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****79-65 - Money Market Account |
| Taxpayer ID #: | 13-7572029 | Blanket Bond: | $0.00   (per case limit) |
| Period Ending: | 09/30/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 33.17 | | 388,464.81 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 193.61 | | 388,658.42 |
| | | | **ACCOUNT TOTALS** | | 437,536.05 | 48,877.63 | **$388,658.42** |
| | | | Less: Bank Transfers | | 0.00 | 48,877.63 | |
| | | | **Subtotal** | | 437,536.05 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$437,536.05** | **$0.00** | |

{} Asset reference(s)

Printed: 10/10/2007 12:29 PM   V.9.52

Case 06-02910-AJM-7A   Doc 162   Filed 10/10/07   EOD 10/10/07 12:40:15   Pg 6 of 7

## Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 06-02910 AJM | | Trustee: | REX M. JOSEPH JR. (340200) |
|---|---|---|---|---|
| Case Name: | BRIDGERS, ANSON CRAIG | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****79-66 - Checking Account |
| Taxpayer ID #: | 13-7572029 | | Blanket Bond: | $0.00   (per case limit) |
| Period Ending: | 09/30/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/16/07 | | From Account #********7965 | TRANSFER FUNDS IN ORDER TO PAY AUCTIONEER'S FEES AND EXPENSES | 9999-000 | 48,877.63 | | 48,877.63 |
| 07/16/07 | 101 | COMMERCIAL LIQUIDATORS OF AMERICA | PAYMENT OF AUCTIONEER'S FEES | 3610-000 | | 13,043.82 | 35,833.81 |
| 07/16/07 | 102 | COMMERCIAL LIQUIDATORS OF AMERICA | PAYMENT OF AUCTIONEER'S EXPENSES | 3620-000 | | 35,833.81 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 48,877.63 | 48,877.63 | **$0.00** |
| | | | Less: Bank Transfers | | 48,877.63 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 48,877.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$48,877.63** | |

{} Asset reference(s)    Printed: 10/10/2007 12:29 PM   V.9.52

Case 06-02910-AJM-7A   Doc 162   Filed 10/10/07   EOD 10/10/07 12:40:15   Pg 7 of 7

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** | 06-02910 AJM |
| **Case Name:** | BRIDGERS, ANSON CRAIG |
| **Taxpayer ID #:** | 13-7572029 |
| **Period Ending:** | 09/30/07 |

| | |
|---|---|
| **Trustee:** | REX M. JOSEPH JR. (340200) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****79-66 - Checking Account |
| **Blanket Bond:** | $0.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****79-65 | 437,536.05 | 0.00 | 388,658.42 |
| Checking # ***-*****79-66 | 0.00 | 48,877.63 | 0.00 |
| | $437,536.05 | $48,877.63 | $388,658.42 |

{} Asset reference(s)

Printed: 10/10/2007 12:29 PM     V.9.52