UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) )  ANSON CRAIG BRIDGERS ) ) )  Debtor. ) _____) IN RE: ) )  BRIDGERS MANUFACTURING ) CO., INC. ) ) )  Debtor. ) _____) | Case No. 06-2910-AJM-7  JOINTLY ADMINISTERED |

## TRUSTEE'S REPORT OF SALE
## OF PERSONAL PROPERTY

Comes now Rex M Joseph, Jr., the duly appointed trustee herein, by counsel, and for his Trustee's Report of Sale of Personal Property, would show the Court as follows:

1.  Bridgers Manufacturing Co., Inc. filed its Chapter 7 Petition on October 17, 2006, and an Order for Relief was entered.

2.  Anson Craig Bridgers filed a Chapter 13 Bankruptcy Petition on June 6, 2006. On October 17, 2006, Anson Craig Bridgers converted the case to a Chapter 7 proceeding.

3.  The bankruptcy cases of Bridgers Manufacturing Co., Inc. and Anson Craig Bridgers (collectively, "Bridgers" or "Debtors") have been administrative consolidated in this proceeding

4.  Rex M. Joseph, Jr. has been appointed the Chapter 7 Trustee of the Debtors.

5. Bridgers owned certain personal property (the "Personal Property") including office equipment, industrial equipment and inventory. The personal property was generally located at the Debtor's place of business in Shelbyville, Indiana.

6. The Trustee moved the Court for authority to sell and/or liquidate the Debtor's Personal Property by retaining Commercial Liquidators of America ("CLA") pursuant to the proposal attached to the Trustee's Motion as Exhibit "B." The highlights of the proposal were that CLA would conduct a public auction of equipment and all other inventory items for a 10% commission (with a 10% buyer's premium), and CLA would be responsible for cleaning the facility, with rates as contained in the proposal.

7. The Trustee further made application to the Court to employ CLA as his auctioneer. In addition to selling the Personal Property, CLA was to provide services to "broom clean" the Debtors' business premises so that the Debtor's real and personal property assets could be liquidated for their highest and best value. Following his appointment, the Trustee determined that the state of the Debtor's business premises, which were a physical and environmental wreck, requiring the removal of tons of garbage before the estate could liquidate any personal or real property. A picture demonstrating a small portion of the condition of the business property is attached hereto as Exhibit "A." CLA was required to retain 28 dumpsters to remove the garbage. In addition, CLA was required to supervise the removal of hundreds of racks owned by Ford Motor Company and General Motors Corporation from the Debtor's business premises following the Court's order authorizing the abandonment of the racks. The Trustee further sought authority to remit payment due to CLA under the Agreement from the auction proceeds.

8. The Court entered its orders approving the auction sale and the employment of CLA, with CLA to be paid its fees and expenses from the auction proceeds.

9. An auction of the Personal Property was conducted by CLA on Tuesday July 10, 2007 at 10:00 a.m. at the Debtor's business premises located at 630 South Noble Street, Shelbyville, Indiana following notice to all creditors and parties in interest of the sale date, as well as the distribution of sales brochure by e-mail and mail to hundreds of potential bidders. A copy of the sales brochure is attached hereto as Exhibit "B."

10. A "Sales Report by Lot Number" report of the auction sale was prepared by CLA and is attached hereto as Exhibit "C." The total gross amount of the sale was the sum of $65,219.00.

11. Pursuant to the Court's Order, the Trustee has distributed the sum of $41,871.21 to CLA for its services including sales commission, advertising, labor, credit card fees, disposing or moving of miscellaneous documents, dumpster expense, and the cleaning of trash including post-sale clean-up of premises. The Closing Statement detailing the expenses is attached hereto as Exhibit "D." The remaining sums have subsequently been administered in this proceeding.

WHEREFORE, Rex M. Joseph, Jr., your Trustee herein, prays that the Court take notice of and approve his Trustee's Report of Sale, and for all other proper relief.

    Respectfully submitted,

    KROGER, GARDIS & REGAS, LLP

    By:   /s/ Jay P. Kennedy
        Jay P. Kennedy, Attorney No. 5477-49
        Attorneys for Rex M. Joseph, Jr., Trustee

KROGER, GARDIS & REGAS, LLP
Bank One Center/Circle
111 Monument Circle, Suite 900
Indianapolis, IN  46204-5125
(317) 692-9000

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served upon the following parties either electronically through the Clerk's ECF system or by placing a copy of the same in the United States Mail, first class postage pre-paid, on this 10th day of January, 2008:

Elizabeth Ann Whelan
Office of the Attorney General
Indiana Govt. Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN  46204

J. Bradley Schooley
Hostetler & Kowalik
101 W. Ohio St., Ste. 2100
Indianapolis, IN  46204-4205

Joseph F. McGonigal
Office of the United States Trustee
101 West Ohio Street, Suite 1010
Indianapolis, Indiana 4204

Rex M. Joseph, Jr.
5150 East Stop 11 Road
Suite 12
Indianapolis, Indiana 46237

Ann Marie Stinnett
Ernie L. Brooks
Brooks/Kushman P.C.
1000 Town Center, Twenty-Second Floor
Southfield, Michigan  48075-1238

J. Lee McNeely
McNEELY, STEPHENSON, THOPY & HARROLD
30 East Washington Street, Suite 400
Shelbyville, IN  46176

Scott L. Gorland
James D. Vandewyngearde
PEPPER HAMILTON, LLP
100 Renaissance Center, 36th Fl.
Detroit, Michigan  48243

Jonathan E. Palmer
CREMER BURROGUHS & CREMER
251 East Ohio Street, Suite 915
Indianapolis, IN 46204

Peter G. DePrez
BROWN, DePREZ & JOHNSON, P.A.
24 East Polk Street
P.O. Box 718
Shelbyville, IN 46176

E. Todd Sable
HONIGMAN
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226-3506

Konstantine Orfanos, Esq.
Orfanos & Alvarado, LLC
11th Fl., 129 E. Market St.
Indianapolis, IN 46240

/s/ Jay P. Kennedy
Jay P. Kennedy, Atty. No. 5477-49


KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125
Telephone: (317) 692-9000