# UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: <br> BRIDGERS, ANSON CRAIG <br><br><br> Debtor(s). | Case No. 06-02910 AJM <br><br> Chapter 7 |

## TRUSTEE'S FINAL ACCOUNT AND MOTION FOR CLOSING AND DISCHARGE

    REX M. JOSEPH JR., Trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that this estate has been fully administered. The Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain.

    Therefore, pursuant to FRBP 5009, the Trustee requests that this Final Account be accepted, and that the Court order the case closed and discharge the Trustee of any further duties.

Dated: <u>February 13, 2008</u>

/s/ Rex M. Joseph, Jr.
Trustee
5150 E. Stop 11 Road, Suite 11
Indianapolis, Indiana  46237
(317) 859-0000
trusteermjoseph@sbcglobal.net

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-02910 AJM | | Trustee: | REX M. JOSEPH JR. (340200) |
|---|---|---|---|---|
| Case Name: | BRIDGERS, ANSON CRAIG | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****79-65 - Money Market Account |
| Taxpayer ID #: | 13-7572029 | | Blanket Bond: | $0.00 (per case limit) |
| Period Ending: | 02/13/08 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/11/07 | {8} | MATT LIELAND OR ANGEL LIELAND D/B/A LIELAND EXCAVATING | AUCTION PROCEEDS | 1129-000 | 44.00 | | 44.00 |
| 07/11/07 | {8} | WALT PORTER AUTO SALES, INC. | AUCTION PROCEEDS | 1129-000 | 46.75 | | 90.75 |
| 07/11/07 | {8} | SWINFORD'S NOBLE ACRES, INC. | AUCTION PROCEEDS | 1129-000 | 68.75 | | 159.50 |
| 07/11/07 | {8} | SHELBY MATERIALS ADMINISTRATIVE ACCOUNT | AUCTION PROCEEDS | 1129-000 | 88.00 | | 247.50 |
| 07/11/07 | {8} | BAILEY EXPRESS LLC | AUCTION PROCEEDS | 1129-000 | 114.40 | | 361.90 |
| 07/11/07 | {8} | BEYER DAIRLY LLC | AUCTION PROCEEDS | 1129-000 | 154.00 | | 515.90 |
| 07/11/07 | {8} | D. M. ENTERPRISES | AUCTION PROCEEDS | 1129-000 | 269.50 | | 785.40 |
| 07/11/07 | {8} | HERSHBERGER CABINETS | AUCTION PROCEEDS | 1129-000 | 283.80 | | 1,069.20 |
| 07/11/07 | {8} | CUSTOM MACHINING, INC. | AUCTION PROCEEDS | 1129-000 | 302.50 | | 1,371.70 |
| 07/11/07 | {8} | HTS | AUCTION PROCEEDS | 1129-000 | 418.00 | | 1,789.70 |
| 07/11/07 | {8} | SAM K. ZOOK | AUCTION PROCEEDS | 1129-000 | 426.25 | | 2,215.95 |
| 07/11/07 | {8} | OCCASIONS BANQUET HALL AND CATERING | AUCTION PROCEEDS | 1129-000 | 539.00 | | 2,754.95 |
| 07/11/07 | {8} | BUGGY WORKS, INC. | AUCTION PROCEEDS | 1129-000 | 638.00 | | 3,392.95 |
| 07/11/07 | {8} | CHRIST S. KING AND SADIE R. KING | AUCTION PROCEEDS | 1129-000 | 715.00 | | 4,107.95 |
| 07/11/07 | {8} | O'NEAL STEEL, INC. | AUCTION PROCEEDS | 1129-000 | 869.00 | | 4,976.95 |
| 07/11/07 | {8} | REDELMAN BIN SERVICE | AUCTION PROCEEDS | 1129-000 | 883.30 | | 5,860.25 |
| 07/11/07 | {8} | CALVIN STICKFORD | AUCTION PROCEEDS | 1129-000 | 990.00 | | 6,850.25 |
| 07/11/07 | {8} | DECO CORPORATION | AUCTION PROCEEDS | 1129-000 | 1,135.75 | | 7,986.00 |

Subtotals : $7,986.00    $0.00

{} Asset reference(s)

Printed: 02/13/2008 12:38 PM    V.9.55

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-02910 AJM | Trustee: | REX M. JOSEPH JR. (340200) |
|---|---|---|---|
| Case Name: | BRIDGERS, ANSON CRAIG | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****79-65 - Money Market Account |
| Taxpayer ID #: | 13-7572029 | Blanket Bond: | $0.00   (per case limit) |
| Period Ending: | 02/13/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/11/07 | {21} | GOOD NEWS MISSION, INC. | AUCTION PROCEEDS | 1129-000 | 1,419.00 | | 9,405.00 |
| 07/11/07 | {9} | YEAGER & BALDWIN | SETTLEMENT OF LITIGATION | 1149-000 | 1,500.00 | | 10,905.00 |
| 07/11/07 | {8} | FRALEY MOTORS | AUCTION PROCEEDS | 1129-000 | 1,899.15 | | 12,804.15 |
| 07/11/07 | {8} | H & H BROTHERS ENTERPRISES, LLC | AUCTION PROCEEDS | 1129-000 | 2,035.00 | | 14,839.15 |
| 07/11/07 | {8} | THE CAR STORE | AUCTION PROCEEDS | 1129-000 | 2,131.80 | | 16,970.95 |
| 07/11/07 | {8} | T J R EQUIPMENT, LLC | AUCTION PROCEEDS | 1129-000 | 2,442.00 | | 19,412.95 |
| 07/11/07 | {8} | FRANKLIN SURPLUS INC. | AUCTION PROCEEDS | 1129-000 | 6,499.90 | | 25,912.85 |
| 07/11/07 | {8} | LARRY LUX | AUCTION PROCEEDS | 1129-000 | 8,000.00 | | 33,912.85 |
| 07/11/07 | {8} | LARRY LUX FOR COMMERCIAL LIQUIDATOR | AUCTION PROCEEDS | 1129-000 | 8,368.36 | | 42,281.21 |
| 07/11/07 | {8} | BELL INDUSTRIES | AUCTION PROCEEDS | 1129-000 | 11,000.00 | | 53,281.21 |
| 07/11/07 | {8} | DELBERT W. FLEENER FOR DORSEY PAVING | AUCTION PROCEEDS | 1129-000 | 19,958.95 | | 73,240.16 |
| 07/16/07 | | To Account #********7966 | TRANSFER FUNDS IN ORDER TO PAY AUCTIONEER'S FEES AND EXPENSES | 9999-000 | | 48,877.63 | 24,362.53 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 10.55 | | 24,373.08 |
| 08/20/07 | {22} | SHELBY COUNTY BANK | BUSINESS ACCOUNT DEPOSIT WITH SHELBY CO. BANK | 1229-000 | 2,315.90 | | 26,688.98 |
| 08/27/07 | | HALE ABSTRACT COMPANY, INC. | PROCEEDS FROM SALE OF REAL ESTATE AT 610-612 BLANCHARD STREET, SHELBYVILLE, INDIANA | | 168,602.66 | | 195,291.64 |
| | {3} | | 200,000.00 | 1110-000 | | | 195,291.64 |
| | | | Settlement Charges to Seller    -22,345.90 | 2500-000 | | | 195,291.64 |

                                                         Subtotals :        $236,183.27        $48,877.63

{} Asset reference(s)                                                                 Printed: 02/13/2008 12:38 PM   V.9.55

Case 06-02910-AJM-7A    Doc 207    Filed 02/19/08    EOD 02/19/08 09:03:28    Pg 4 of 9

**FORM 2**

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 06-02910 AJM | | Trustee: | REX M. JOSEPH JR. (340200) |
|---|---|---|---|---|
| Case Name: | BRIDGERS, ANSON CRAIG | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****79-65 - Money Market Account |
| Taxpayer ID #: | 13-7572029 | | Blanket Bond: | $0.00  (per case limit) |
| Period Ending: | 02/13/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Final Sewage to Sewage Utility Office    -475.20 | 2500-000 | | | 195,291.64 |
| | | | -6,532.94 | 4700-000 | | | 195,291.64 |
| | | | -2,043.30 | 4120-000 | | | 195,291.64 |
| 08/27/07 | | HALE ABSTRACT COMPANY, INC. | PROCEEDS FROM SALE OF REAL ESTATE AT 630 S. NOBLE STREET, SHELBYVILLE, INDIANA | | 193,140.00 | | 388,431.64 |
| | {4} | | 200,000.00 | 1110-000 | | | 388,431.64 |
| | | | Settlement Charges to Seller    -4,139.52 | 2500-000 | | | 388,431.64 |
| | | | Final Sewage to Sewage Utility Office    -475.20 | 2500-000 | | | 388,431.64 |
| | | | -2,124.98 | 4700-000 | | | 388,431.64 |
| | | | Delinquent Tax Judgment to Shelby County Treasurer    -120.30 | 4700-070 | | | 388,431.64 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 33.17 | | 388,464.81 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 193.61 | | 388,658.42 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 228.29 | | 388,886.71 |
| 11/26/07 | | To Account #********7966 | TRANSFER FUNDS TO PAY COURT ORDERED SPECIAL COUNSEL FEES | 9999-000 | | 55,000.00 | 333,886.71 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 197.81 | | 334,084.52 |
| 12/11/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6000% | 1270-000 | 54.89 | | 334,139.41 |
| 12/11/07 | | To Account #********7966 | CLOSE OUT MONEY MARKET ACCOUNT IN ORDER TO MAKE FINAL DISTRIBUTION | 9999-000 | | 334,139.41 | 0.00 |

**Subtotals :    $193,847.77    $389,139.41**

{} Asset reference(s)    Printed: 02/13/2008 12:38 PM    V.9.55

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 06-02910 AJM  
**Case Name:** BRIDGERS, ANSON CRAIG  

**Taxpayer ID #:** 13-7572029  
**Period Ending:** 02/13/08  

**Trustee:** REX M. JOSEPH JR. (340200)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****79-65 - Money Market Account  
**Blanket Bond:** $0.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 438,017.04 | 438,017.04 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 438,017.04 | |
| | | | **Subtotal** | | 438,017.04 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$438,017.04** | **$0.00** | |

{} Asset reference(s)

Printed: 02/13/2008 12:38 PM     V.9.55

## FORM 2
### Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 06-02910 AJM | | Trustee: | REX M. JOSEPH JR. (340200) |
|---|---|---|---|---|
| Case Name: | BRIDGERS, ANSON CRAIG | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****79-66 - Checking Account |
| Taxpayer ID #: | 13-7572029 | | Blanket Bond: | $0.00   (per case limit) |
| Period Ending: | 02/13/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/16/07 | | From Account #********7965 | TRANSFER FUNDS IN ORDER TO PAY AUCTIONEER'S FEES AND EXPENSES | 9999-000 | 48,877.63 | | 48,877.63 |
| 07/16/07 | 101 | COMMERCIAL LIQUIDATORS OF AMERICA | PAYMENT OF AUCTIONEER'S FEES | 3610-000 | | 13,043.82 | 35,833.81 |
| 07/16/07 | 102 | COMMERCIAL LIQUIDATORS OF AMERICA | PAYMENT OF AUCTIONEER'S EXPENSES | 3620-000 | | 35,833.81 | 0.00 |
| 11/26/07 | | From Account #********7965 | TRANSFER FUNDS TO PAY COURT ORDERED SPECIAL COUNSEL FEES | 9999-000 | 55,000.00 | | 55,000.00 |
| 11/26/07 | 103 | KROGER GARDIS & REGAS, LLP | PAYMENT OF COURT ORDERED SPECIAL COUNSEL FEES | 3210-600 | | 55,000.00 | 0.00 |
| 12/11/07 | | From Account #********7965 | CLOSE OUT MONEY MARKET ACCOUNT IN ORDER TO MAKE FINAL DISTRIBUTION | 9999-000 | 334,139.41 | | 334,139.41 |
| 12/17/07 | 104 | SHELBY COUNTY BANK | SALE PROCEEDS FROM TRACT 1 AND TRACT 2 OF SHELBY COUNTY PROPERTY | | | 308,084.52 | 26,054.89 |
| | | | 304,036.00 | 4110-000 | | | 26,054.89 |
| | | | 4,048.52 | 4220-000 | | | 26,054.89 |
| 12/18/07 | Int | JPMORGAN CHASE BANK, N.A. | Reverse Interest Posting | 1270-000 | -54.89 | | 26,000.00 |
| 01/02/08 | 105 | REX M. JOSEPH, JR. | Dividend paid 96.29% on $27,000.00, Trustee Compensation; Reference: | 2100-000 | | 26,000.00 | 0.00 |
| 01/23/08 | {9} | McNEELEY STEPHENSON THOPY & HARROLD | SETTLEMENT PROCEEDS FROM PILKINGTON | 1149-000 | 1,000.00 | | 1,000.00 |
| 01/29/08 | 106 | REX M. JOSEPH, JR. | Dividend paid 100.00% on $27,000.00, Trustee Compensation; Reference: | 2100-000 | | 1,000.00 | 0.00 |

Subtotals :   $438,962.15   $438,962.15

{} Asset reference(s)

Printed: 02/13/2008 12:38 PM   V.9.55

Case 06-02910-AJM-7A  Doc 207  Filed 02/19/08  EOD 02/19/08 09:03:28  Pg 7 of 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 06-02910 AJM | | Trustee: | REX M. JOSEPH JR. (340200) |
|---|---|---|---|---|
| Case Name: | BRIDGERS, ANSON CRAIG | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****79-66 - Checking Account |
| Taxpayer ID #: | 13-7572029 | | Blanket Bond: | $0.00   (per case limit) |
| Period Ending: | 02/13/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 438,962.15 | 438,962.15 | $0.00 |
| | | | Less: Bank Transfers | | 438,017.04 | 0.00 | |
| | | | **Subtotal** | | 945.11 | 438,962.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$945.11** | **$438,962.15** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****79-65** | 438,017.04 | 0.00 | 0.00 |
| **Checking # ***-*****79-66** | 945.11 | 438,962.15 | 0.00 |
| | $438,962.15 | $438,962.15 | $0.00 |

{} Asset reference(s)  Printed: 02/13/2008 12:38 PM   V.9.55

**PART A**  FORM 4 - Distribution Report for Closed Asset Cases

Case No.  : 06-02910 AJM  
Case Name : BRIDGERS, ANSON CRAIG  
Date Filed/Converted to Ch. 7 : 10/17/06  
Date Submitted: 02/13/08  
Trustee Name  : REX M. JOSEPH JR.

| | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---:|---:|
| **GROSS RECEIPTS** | $477,219.49 | 100.00% |
| Less: Funds Paid to Debtor: | | |
|    Exemptions | 0.00 | 0.00% |
|    Excess Funds | 0.00 | 0.00% |
|    Funds Paid to 3rd Parties | 0.00 | 0.00% |
| **NET RECEIPTS (basis for computing maximum trustee fee)** | **$477,219.49** | **100.00%** |

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| **SECURED CLAIMS:** | | | |
|   Real Estate | $306,079.30 | $306,079.30 | 64.14% |
|   Personal Property & Intangibles | 4,048.52 | 4,048.52 | 0.85% |
|   Internal Revenue Service Tax Liens | 0.00 | 0.00 | 0.00% |
|   Other Governmental Tax Liens | 8,778.22 | 8,778.22 | 1.84% |
| **TOTAL SECURED CLAIMS** | $318,906.04 | $318,906.04 | 66.83% |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1)(C) and (2), and CHARGES under Title 28, Chapter 123: | | | |
|   Trustee Fees | $27,000.00 | $27,000.00 | 5.66% |
|   Trustee Expenses | 0.00 | 0.00 | 0.00% |
|   Legal Fees & Expenses: | | | |
|     Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|     Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|     Other Firm's Legal Fees | 55,000.00 | 55,000.00 | 11.53% |
|     Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Accounting Fees & Expenses: | | | |
|     Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|     Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|     Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|     Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Real Estate Commissions | 0.00 | 0.00 | 0.00% |
|   Auctioneer/Liquidator Fees | 13,043.82 | 13,043.82 | 2.73% |
|   Auctioneer/Liquidator Expenses | 35,833.81 | 35,833.81 | 7.51% |
|   Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
|   Expenses of Operating Business in Chapter 7 | 0.00 | 0.00 | 0.00% |
|   Other Expenses | 27,435.82 | 27,435.82 | 5.75% |
|   Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
|   Other State or Local Income or Business Taxes | 0.00 | 0.00 | 0.00% |
|   U.S. Trustee Fees | 0.00 | 0.00 | 0.00% |
|   Court Costs | 0.00 | 0.00 | 0.00% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & CHARGES** | $158,313.45 | $158,313.45 | 33.17% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1)(C) and (2)** (From attached Part B) | $0.00 | $0.00 | 0.00% |
| DOMESTIC SUPPORT OBLIGATIONS 507(a)(1)(A) & (B) | 0.00 | 0.00 | 0.00% |
| WAGES 507(a)(4) | 0.00 | 0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(5) | 0.00 | 0.00 | 0.00% |
| CLAIMS ON GOVERNMENTAL UNITS 507(a)(8) | 480,592.86 | 0.00 | 0.00% |
| OTHER 507(a)(3), (6), (7), (9) & (10) | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS 507(a)(1)(A) & (B), to 507(a)(3), to 507(a)(10)** | $480,592.86 | $0.00 | 0.00% |
| **GENERAL UNSECURED CLAIMS** | $165,569.94 | $0.00 | 0.00% |
| **TOTAL DISBURSEMENTS** | **$1,123,382.29** | **$477,219.49** | **100.00%** |

**PART B**      **FORM 4 - Distribution Report for Closed Asset Cases**

**Case No.** : 06-02910 AJM      **Date Submitted:** 02/13/08
**Case Name :** BRIDGERS, ANSON CRAIG      **Trustee Name :** REX M. JOSEPH JR.
**Date Filed/Converted to Ch. 7 :** 10/17/06

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | | | |
| Trustee Fees | 0.00 | 0.00 | 0.00% |
| Trustee Expenses | 0.00 | 0.00 | 0.00% |
| Legal Fees & Expenses: | | | |
|   Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
|   Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Taxes | 0.00 | 0.00 | 0.00% |
| Operating Expenses | 0.00 | 0.00 | 0.00% |
| Other Expenses | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |